UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

MERCELL BROOKS,              )
    Plaintiff,           )
                             )      **JUDGMENT IN A CIVIL CASE**
v.                           )      **CASE NO. 7:13-CV-161-D**
                             )
CAROLYN W. COLVIN, Acting Commissioner of  )
Social Security,             )
    Defendant.           )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court adopts the conclusions in the M&R. Plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on July 16, 2014, and Copies To:**

H. Clifton Hester (via CM/ECF Notice of Electronic Filing)
Christian M. Vainieri (via CM/ECF Notice of Electronic Filing)

DATE                              JULIE A. RICHARDS, CLERK
July 16, 2014                      /s/ Susan K. Edwards
                                  (By) Susan K. Edwards, Deputy Clerk