IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:13-cv-00161-D

| | |
|---|---|
| MERCELL BROOKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING ATTORNEY |
| CAROLYN W. COLVIN, ) | FEES UNDER THE EQUAL |
| Acting Commissioner of ) | ACCESS TO JUSTICE ACT |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff the sum of $4,784.00 in attorney's fees made payable to Plaintiff and sent to Plaintiff's Counsel's office address, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

So ordered this **24** day of **September**, 2014.

_____
JUDGE JAMES C. DEVER III
United States District Judge